# Attachment 2

1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PAUL JOHNSON,                      )
          Plaintiff,               )
                                   )
     vs.                           )   No. CIV 14-02428 PHX DGC
                                   )
FEDERAL EXPRESS CORPORATION,       )
          Defendant.               )
_____  )

DEPOSITION OF RAFFI ARZOUMANIAN

Phoenix, Arizona
September 2, 2015
9:11 a.m.

*Miller Certified Reporting, LLC*
*Post Office Box 513*
*Litchfield Park, Arizona 85340*
*(P) 623-975-7472  (F) 623-975-7462*
*www.MillerCertifiedReporting.com*

(Copy)

Angela F. Miller, RPR, CR
Certified Reporter  (AZ 50127)

1          DEPOSITION OF RAFFI ARZOUMANIAN, a witness

2     herein, was taken upon oral examination by the parties

3     through their respective attorneys before ANGELA FURNISS

4     MILLER, a Certified Reporter in and for the County of

5     Maricopa, State of Arizona, at Robaina & Kresin, PLLC, One

6     East Camelback Road, Suite 710, Phoenix, Arizona, on the

7     2nd day of September, 2015, commencing at the hour of 9:11

8     a.m. of said day.

9

10    COUNSEL APPEARING:

11              BY:  Mr. Thomas T. Griffin, Esq.
                ROBAINA & KRESIN, PLLC
12              One East Camelback Road, Suite 710
                Phoenix, Arizona  85012
13              Representing the Plaintiff

14              BY:  Mr. Frederick L. Douglas, Esq.
                BY:  Ms. Ashley Satterfield Patterson, Esq.
15              FEDERAL EXPRESS LEGAL DEPARTMENT
                3620 Hacks Cross Road, Building B, 3rd Floor
16              Memphis, Tennessee  38125
                Representing the Defendant
17

18    ALSO PRESENT:

19              Mr. Paul Johnson, Plaintiff

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | | just in school or were you working? |
| 2 | A. | Can you repeat the question? |
| 3 | Q. | Yeah.  From 1992, when you graduated with your |
| 4 | | undergraduate degree, to when you started at FedEx, were |
| 5 | | you getting your MBA or working, too? |
| 6 | A. | I was going to school. |
| 7 | Q. | So, what is your current position? |
| 8 | A. | I'm a managing director. |
| 9 | Q. | When did you become -- well, let me ask you this: |
| 10 | | The manage- -- is that the full title? |
| 11 | A. | Yes. |
| 12 | Q. | You're the managing director of what? |
| 13 | A. | Of the Canyon District. |
| 14 | Q. | Is that in the western region? |
| 15 | A. | That is in the western region. |
| 16 | Q. | When did you take that position? |
| 17 | A. | October of 2008. |
| 18 | Q. | So, walk me through 1993 to October of 2008, your |
| 19 | | different positions at FedEx, please. |
| 20 | A. | Started out as a courier/handler part time. |
| 21 | Q. | Is that the same position or are those two |
| 22 | | different positions? |
| 23 | A. | It was one position, same position. |
| 24 | Q. | Okay.  How long -- |
| 25 | A. | And then became a swing driver full time. |

Miller Certified Reporting, LLC

1          A.    Senior managers.

2          Q.    How many senior managers are there in the Canyon

3     District?

4          A.    Twelve.

5          Q.    And then geographically, what does the Canyon

6     District cover?

7          A.    We cover all of Arizona, cover part of New

8     Mexico, part of Texas, all of Utah, part of Idaho,

9     Wyoming, and part of -- and the Las Vegas market.

10         Q.    Part of Las Vegas or all of Las Vegas?

11         A.    All of Las Vegas, part of Nevada.

12         Q.    So, is there one senior management per facility?

13         A.    No.

14         Q.    How are the 12 broken down?

15         A.    It's based on number of employees.

16         Q.    Okay.  Do you know how many senior managers there

17    are in Arizona?

18         A.    In the State of Arizona we have five.

19         Q.    And that's -- just to clarify, that's as of

20    today?

21         A.    That's as of today.

22         Q.    Who do you report to?

23         A.    To the vice president.

24         Q.    What's that person's name?

25         A.    Glen Corbin.

1          Q.   Where is he?

2          A.   He is in Irvine, California.

3          Q.   Have you reported to him the whole time you've

4     been the managing director?

5          A.   Yes.

6          Q.   How many -- so, what level is below senior

7     manager?

8          A.   Operations manager.

9          Q.   Do you know how many operations managers there

10    are in Arizona -- let me ask you a different question.

11              First, how many are there in the Canyon District,

12    do you know?

13         A.   There are 81.

14         Q.   Do you know how many in Arizona?

15         A.   No, I'd have to pull it up.

16         Q.   Let me back up.  What is a senior manager?

17         A.   Senior manager is a senior manager who is in

18    charge of the operations managers and the employees that

19    work at the location or locations.

20         Q.   When you say "location," what is a location?  Are

21    you talking about, like, a facility?

22         A.   Yes.

23         Q.   Do you know how many facilities there are in

24    Arizona?

25         A.   Ten.

1      Q.   Do you know how many there are in the Canyon
2  District?
3      A.   Thirty-one.
4      Q.   Are there any locations that the senior managers
5  oversee other than facilities?
6      A.   Can you repeat the question?
7      Q.   Are there any locations -- are there any
8  locations or structures or anything that the senior
9  managers oversee or just facilities?
10     A.   I'm not understanding the question.
11     Q.   I asked what a senior manager does and you said
12  they sort of oversee -- you called them locations, right?
13     A.   Right.
14     Q.   So, are locations just facilities or are they
15  something else too?
16     A.   They're locations.  It's a structure.  They
17  oversee the structures.
18     Q.   What's the difference in a facility and a ramp?
19     A.   A facility is a place where couriers, where we
20  get our packages, we sort packages and deliver our
21  packages to the customers.  A ramp is a location where
22  airplanes come in and out of, they do not have couriers at
23  the ramps.
24     Q.   You do not oversee the ramps?
25     A.   I do not.  Totally different operation.

```
 1        A.    I am the managing director.
 2        Q.    Who of those positions are in your direct chain
 3   of command?
 4        A.    Directly reporting to me?
 5        Q.    Well, the senior managers directly report to you,
 6   correct?
 7        A.    Right.
 8        Q.    Do you believe that any of those other positions
 9   are in your direct chain of command?  Are they all in your
10   direct chain of command?
11        A.    No, only the seniors.
12        Q.    Do you do performance evaluations for senior
13   managers?
14        A.    I do.
15        Q.    Do you -- do you do them for the ops managers?
16        A.    I do not.
17        Q.    Do you oversee them at all?
18        A.    No.
19        Q.    What type of daily interaction or weekly
20   interaction do you have with ops managers, if any?
21        A.    None.
22        Q.    How often do you communicate with your senior
23   managers?
24        A.    Could be daily, could be weekly.
25        Q.    And there's no assistant managing director, it's
```

```
 1         A.   I don't -- I'd have to look at how many we had at
 2    the time.
 3         Q.   You recall the DGLA station was closed in early-
 4    to mid-2009?
 5         A.   I do recall.
 6         Q.   And that was the only station in the Canyon
 7    District that was closed, right?
 8         A.   At that -- at that specific date?
 9         Q.   In 2009.
10         A.   As far as I know, yes.
11         Q.   When that station was closed, was Paul the senior
12    manager at the time?
13         A.   Yes.
14         Q.   Senior -- was Paul the senior manager at the DGLA
15    station at the time?
16         A.   Yes.
17         Q.   As a result of that closure, he lost that
18    position?
19         A.   Yes.
20         Q.   Do you know how many other senior managers there
21    were in Arizona at that time?
22         A.   I'd have to look.
23         Q.   Do you know one way or another if all the other
24    senior managers in Arizona at that time had more or less
25    experience or seniority with FedEx than Paul?
```

```
 1          A.    I don't know.

 2          Q.    So, when -- when Paul loses that position, what

 3    happens?  How does he land in another position or how does

 4    his employment with FedEx continue?

 5                MR. DOUGLAS:  Objection as to form.

 6                THE WITNESS:  He chose to put in for an open

 7    senior manager position.

 8          Q.    BY MR. GRIFFIN:  What if he -- I mean, does he

 9    get to choose what position he wants to go to; does FedEx

10    put him in a position; is there any way he can choose his

11    job?

12                MR. DOUGLAS:  Objection as to form.

13                THE WITNESS:  He gets to choose which -- what

14    positions he puts in for and he chose Las Vegas.

15          Q.    BY MR. GRIFFIN:  So, he can choose what position

16    he puts in for but he still has to go through the

17    interview process?

18          A.    I'm not sure.  I don't think there was an

19    interview, but I'm not sure, I'd have to look.

20          Q.    Do you know if he has to land in another position

21    within a certain amount of time without losing his

22    employment?

23          A.    I'm not sure.

24          Q.    You don't know if he has to do it within 90 days?

25          A.    I don't remember that.
```

1        Q.   You're aware as we sit here today that back in
2   2009, Paul filed an EEO -- internal EEO related to the
3   closure of the DGLA station?
4              MR. DOUGLAS:   Objection as to form.
5              THE WITNESS:   I don't know if he filed an EEO,
6   but I know I was questioned on something.
7        Q.   BY MR. GRIFFIN:   You weren't interviewed in
8   regard to that EEO?
9        A.   Yes.  That's what I just said, yeah.
10       Q.   Well, okay.  So, you were interviewed in regard
11  to the EEO, so you know he filed the EEO?
12       A.   I just know that I was questioned.
13             MR. GRIFFIN:   Okay.  I'm sorry.  I didn't know
14  you were going to be here, so I don't have copies for you.
15             (Plaintiff's Exhibit 1 was marked for
16  identification.)
17
18  BY MR. GRIFFIN:
19       Q.   Take your time and look at Exhibit 1 and let me
20  know after you reviewed that, please.
21       A.   This is Exhibit 1 in its entirety?
22       Q.   It is.
23       A.   Take a few minutes to read it, please.
24             (Witness reviews Exhibit 1.)
25

1          A.    There was an open position and Paul decided to

2     sign and accept the offer letter.

3          Q.    Okay.  So, there's an open position, and what

4     process does Paul go through to let FedEx know he's

5     interested in that position?

6          A.    He signs the offer letter.

7          Q.    But how does he get the offer letter?

8          A.    It gets drafted.

9          Q.    By who?

10         A.    Well, in this case I'd have to look, it's either

11    going to be Legal or my -- or myself.

12         Q.    So, you weren't involved in placing Paul in the

13    senior manager position?

14         A.    Paul was involved in placing him at LAS.

15         Q.    You were not is my question.

16         A.    No, it was his decision.

17         Q.    Did you talk -- who is Kevin McHugh?

18         A.    He was a senior manager of the Scottsdale

19    location.

20         Q.    In 2009?

21         A.    Yes.

22         Q.    And who is Bill Bond?

23         A.    He's a senior manager of the ZSY station.

24         Q.    And you talked to Mr. McHugh and Mr. Bond and Mr.

25    Johnson about potentially going to be the senior manager

```
1              A.    Yes.

2              Q.    Do you know where Addison, Texas, is?

3              A.    I've heard of it.

4              Q.    You said the Canyon District covers part of

5         Texas?

6              A.    Yes.

7              Q.    Does it cover Addison, Texas?

8              A.    It does not.

9              Q.    Do you know in 2009/2010 who the managing

10        director was of whatever region covers Addison, Texas?

11             A.    No.

12             Q.    As we sit here today, do you know that Paul was

13        an operations manager at a station in Addison, Texas, for

14        a while?

15             A.    I had heard, but I'm not sure.

16             Q.    Do you recall being copied on Paul's offer letter

17        to the operations manager position?

18             A.    I don't -- I'm sure I was.

19             Q.    Do you recall being copied on a second letter

20        after Paul started working there lowering his salary?

21             A.    I'm sure I was, but I don't -- I don't pay

22        attention to that because he wasn't working for me.

23             Q.    Okay.  Do you believe Bill Falshaw is an honest

24        person?

25                   MR. DOUGLAS:  Objection as to form.
```

```
 1          A.    You want me to read what it says?

 2          Q.    I'm asking -- I just read it.

 3          A.    Okay.

 4          Q.    Are you agree that I read that properly?

 5          A.    I'm agreeing you read what it says on page 411.

 6          Q.    And you would agree that two paragraphs down,

 7    Investigative Finding for No. 8, that allegation was

 8    substantiated?

 9                MR. DOUGLAS:  Objection as to form.

10                THE WITNESS:  What I agree is that the entire

11    report -- there is no evidence to support a policy

12    violation that occurred by Mr. Walker when he completed

13    his entire investigation.

14          Q.    BY MR. GRIFFIN:  My question is:  You agree that

15    Investigative -- Specific Allegation No. 5 was

16    substantiated?

17          A.    That's what it says.

18          Q.    Okay.  Let's look at -- let's go

19    sentence-by-sentence in Investigative Finding No. 8.  I

20    just read the first one, that the allegation was

21    substantiated.  Let's walk through each sentence and you

22    tell me if you believe anything in that sentence is

23    inaccurate, factually inaccurate, starting with:

24    "According to senior manager."

25                MR. DOUGLAS:  Objection as to form.
```

```
 1            Q.   Do you give her her evaluations?

 2            A.   I do.

 3            Q.   And she gets yearly evaluations?

 4            A.   She does.

 5            Q.   Have you ever given her any discipline?

 6            A.   I believe she's had one.

 7            Q.   Is that recent?

 8            A.   I don't recall.  I don't remember the date.

 9            Q.   Have you given her any counselings?

10            A.   No, no counseling.  Are you talking about -- you

11       said "discipline."

12            Q.   Well, I asked --

13            A.   What are you referring to?

14            Q.   I asked if you'd ever given her any discipline

15       and you said you gave her one documented discipline,

16       right?

17            A.   Right.

18            Q.   And then separate from that, we addressed

19       documented counseling which you call "communications,"

20       right?

21            A.   Right.

22            Q.   Have you given her any documented counseling?

23            A.   She's received online communication.  So, you can

24       call it whatever you want to call it.  Just communication.

25            Q.   Who has the authority to give those to a senior
```

```
 1    manager?

 2         A.    Technically anybody above her, I would presume.

 3         Q.    So, it would have to be you or someone above you?

 4         A.    Yes.

 5         Q.    Do you ever get concerned if someone gets too

 6    many counselings?

 7         A.    Not if it's just a communication, no.

 8         Q.    Okay. So, you believe counselings aren't

 9    disciplinary at all, so they're not --

10         A.    That's correct. We don't treat counseling as

11    discipline; they're not discipline.

12         Q.    Did anyone -- well, did you recruit Ms. Brower to

13    apply for the senior manager position?

14         A.    No.

15         Q.    Are you aware if anyone recruited her to apply

16    for it?

17         A.    No.

18         Q.    She came from the state of Washington, right?

19         A.    Yes, yes.

20         Q.    After she accepts a position at the ZSY station

21    and formally leaves her old position, that -- or, notifies

22    them that she was going to leave, they would then post for

23    that position if there was a need to fill it, right?

24         A.    That's how it would normally work, yes.

25         Q.    Do they have to wait until she's physically gone
```

1          Q.    And Exhibit 10 you had before you made the

2     decision on who to hire?

3          A.    Correct.

4          Q.    Did you take into account that Paul had held

5     this -- in making your determination on who to hire, did

6     you take into account that Paul had held that exact same

7     position in the past?

8          A.    I took into account what our policy stated in the

9     SMSS system that we had which specifically to the point

10    directly states, you need to consider interviewing current

11    senior managers first.  So, I followed the policy on that.

12         Q.    But my question is:  Did you take into account

13    that he had held this exact position before?

14         A.    I couldn't consider that; he was not a senior

15    manager.

16         Q.    I'm going to show you two documents.  Go off

17    record and give you some time to read them.

18               (Plaintiff's Exhibits 11 and 12 were marked for

19    identification.)

20               (Whereupon a recess is taken at 11:20 a.m. until

21    11:29 a.m. while the witness reviews Exhibits 11 and 12.)

22

23    BY MR. GRIFFIN:

24         Q.    All right.  So, I'm going to ask you some sort of

25    general questions about 11 and 12, then we'll get into

```
 1          this document.  Keep 11 and 12 in front of you, please.
 2                    (Plaintiff's Exhibit 13 was marked for
 3          identification.)
 4
 5          BY MR. GRIFFIN:
 6               Q.   Is Exhibit 13 FedEx's SMSS policy as of
 7          November 2011?
 8               A.   I don't know.  I don't see a date on here.
 9                    You said November --
10               Q.   Right on the bottom it says "8/10/2012."
11               A.   Okay.
12               Q.   And "Carla Washington, HR Docs. 475."  So, this
13          is a document that was produced by your lawyers.  And do
14          you know if Exhibit 13 was the operative SMSS process in
15          November of 2011?
16               A.   I don't know that.
17               Q.   What about on August 10th, 2012, are you able to
18          look at this document and say it was the operative
19          document then?
20               A.   I don't know that.  I don't have a copy of that.
21               Q.   What is your understanding of what the SMSS
22          process is?
23               A.   It's to be used when we have multiple applicants
24          so we can distinguish the difference to see who the top
25          candidate is within the same grade level.  For example, if
```

1    there's a senior manager posting and three senior managers
2    put in for it, we would use the SMSS system to find out
3    which is the top -- the best candidate for that position.
4    We would not use the ops managers, we would only look at
5    the senior managers when there's multiple senior managers.

6        Q.   And you would only look at the ops managers if
7    none of the senior managers you thought were good
8    candidates?

9        A.   Correct.  But that would be pretty difficult to
10   have in this example, three senior managers who -- who
11   were not good at -- at the position that's being posted.

12       Q.   So, is it your testimony that the SMSS process
13   requires FedEx to look at -- for a senior manager
14   position, to look at senior managers before looking at
15   operations managers for that position?

16       A.   During this time frame, yes.

17       Q.   Can you tell me in Exhibit 13 where it says that?

18       A.   I'll get a few minutes to read?

19       Q.   Take as much time as you want.

20       A.   Okay.

21            (Witness reviews Exhibit 13.)

22

23            THE WITNESS:  Can I make any marks on it or not?

24            MR. DOUGLAS:  No, not on that.  Just make a

25   mental note of it.

Miller Certified Reporting, LLC

```
 1                    THE WITNESS:  Okay.
 2                    (Witness continues to review Exhibit 13.)
 3
 4                    THE WITNESS:  Okay.
 5           Q.    BY MR. GRIFFIN:  Can you answer?
 6           A.    Can you repeat the question?
 7           Q.    Can you tell me where in Exhibit 13 it says that
 8      for a senior manager position you must only consider
 9      senior managers before considering operations managers?
10           A.    A couple of things.  One, this is dated on
11      August 10, 2012, I don't know what the previous policy
12      stated for that.  Do we have that?
13           Q.    The question is before you.
14           A.    I'm not following.
15           Q.    I've asked the question, please answer it.
16           A.    Okay.  Can you repeat the question?
17                    (Whereupon the record was read.)
18
19                    THE WITNESS:  Two points here.  One, on here it
20      says --
21           Q.    BY MR. GRIFFIN:  Can you tell me what Bates
22      number you're referencing?
23           A.    Sure.
24           Q.    The bottom, right corner.
25           A.    Yes.  Page 2 of 5.  It says:  "Selecting
```

1                  candidates for senior management position, refer

2                  to the online SMSS site."

3                  When you go on the SMSS site, it tells you

4   to only interview senior managers first.

5       Q.  But that's not in this document, correct?

6       A.  It is not in this document.

7                  My second point is, I don't see the policy

8   that was in effect during this time that occurred.

9       Q.  Fair enough.

10      A.  Okay.

11      Q.  So, page 2 of 5, see on the bottom, the

12  second-to-last bullet -- or, second-to-last heading,

13  "Selection Effective Date Delay"?

14      A.  Yes.

15      Q.  And then let's go a little over halfway down on

16  the right-hand side: "In the event a GFT [sic] is filed

17                 the selection decision and effective date is . .

18                 placed on hold until the GFTP is resolved."

19                 Do you see that?

20      A.  I see that.

21      Q.  There's no discretion it has to be placed on

22  hold, correct?

23      A.  Again, that's what it says on this version of the

24  policy.  I do not see the policy during the time this

25  occurred.  So, it could have been different; we change

```
 1          A.   Correct.

 2          Q.   Okay.  If you look on Exhibit 12 and you go to

 3     page 209 -- nope.  Other one right here.

 4          A.   Okay.

 5          Q.   Page 209.  And these are the questions for Chris

 6     Burton, correct?

 7               MR. DOUGLAS:  Objection as to form.

 8               THE WITNESS:  Yeah, I couldn't verify.

 9          Q.   BY MR. GRIFFIN:  But that's what it says up top?

10          A.   That's what it says on the sheet, yes.

11          Q.   Number 6, it says:  "Did you have a copy of the

12               questions in the interview?"

13                    And the response is:  "Created list of

14               proposed questions, Raffi selected actual

15               questions."

16                    Did Chris Burton create a list of questions

17     for Ms. Brower's interview?

18          A.   Yes.

19          Q.   And did you select six questions from Mr.

20     Burton's list?

21          A.   Yes.

22          Q.   Do you recall what those questions were?

23          A.   No.

24          Q.   Do you still have a copy of those questions?

25          A.   Everything that I have was submitted to...
```

```
 1          go back to something on the SMSS system.  Is it still
 2          effective, the SMSS?
 3               A.   Yes.
 4               Q.   Have there been any changes -- have there been
 5          any changes since 2011, on the SMS system regarding
 6          interviewing senior managers first?
 7               A.   Yes.
 8               Q.   When was that change made?
 9               A.   I don't have a date.
10               Q.   What was the change?
11               A.   That now we can have more than just the senior
12          managers interview, basically we pool everybody together.
13               Q.   Just take all applications and take who you think
14          the best applications are regardless of current position?
15               A.   That's correct.
16               Q.   Do you know if that change was made before Ms.
17          Brower was placed in her position?
18               A.   That would be no.
19               Q.   You don't know or it was not?
20               A.   I can tell you that the SMSS system was followed
21          during the Brower hiring where only senior managers were
22          to be interviewed first.
23               Q.   But I have a different -- different question.
24               A.   Okay.
25               Q.   As we sit here today, SMSS does not require you
```

Miller Certified Reporting, LLC

1      to interview senior managers first for senior manager

2      positions?

3           A.   Correct.

4           Q.   The change, that change, do you know if it was

5      made before or after Ms. Brower applied for her position?

6           A.   I don't know the date that it was changed.

7      During this entire hiring of Ms. Brower, the SMSS policy

8      stated to only hire -- only interview senior managers

9      first.  When the -- when the policy changed, I don't know.

10          Q.   Do you know who Randy Gordon is?

11          A.   Yes.

12          Q.   You selected him for a senior manager position?

13          A.   Yes.

14          Q.   Do you know if the change we are talking about

15     with SMSS occurred before he was put in that position?

16          A.   I don't know.  I'd have to look at the policy.

17          Q.   Okay.  So Exhibit 15, you drafted this?

18          A.   Yes.  Well, my admin did but, yes, coming from

19     me.

20          Q.   And then you signed it?

21          A.   Yes.

22          Q.   What is Exhibit 15?

23          A.   It's a Candidate Notification and Selection

24     Effective Date Delay.

25          Q.   What does that mean?

```
1            over qualified [sic] in order to get back to
2            Phoenix."
3                 So, really, Paul wanted the senior manager
4       position, but just to get resolution and come back to
5       Phoenix, he would take the operation position, correct?
6            MR. DOUGLAS:  Objection as to form.
7            THE WITNESS:  No.  We can't read people's minds,
8       so we don't -- I don't know what his intention was.
9            Q.   BY MR. GRIFFIN:  So, let's look down under the
10      Posting Exceptions' part, the last paragraph before it
11      says:  "Thanks, Bob."
12           It says:  "How did Raffi become aware of this
13                request for an ops manager job since the GFT on
14                line does not go directly to him?"
15                So, what's the answer to that?
16           MR. DOUGLAS:  Objection as to form.
17           THE WITNESS:  Is the question:  How would I know
18      that there was an ops manager opening?
19           Q.   BY MR. GRIFFIN:  No.  The -- your position is
20      that Paul stated as a resolution to GFT he just wants to
21      be an ops manager, correct?
22           A.   Correct.
23           Q.   How did you become aware of that?
24           A.   Through HR.
25           Q.   Who?
```

1      A.   Carlos Valdivia.

2      Q.   So, did you ever see a document where Paul had

3   his actual request?

4      A.   No.

5      Q.   Okay.  So, in the first paragraph, Mr. Speroff

6   says he actually wants to be a senior but he'll take an

7   ops manager just to get back to Phoenix.  So, you have no

8   reason to dispute that?

9           MR. DOUGLAS:  Objection as to form.

10          THE WITNESS:  Again, I can't -- I can't -- I

11   don't know what Mr. Speroff meant when he put this, I

12   can't comment on that.

13      Q.   BY MR. GRIFFIN:  And you don't know what Paul's

14   exact request was, do you?

15      A.   I -- no, I don't.

16      Q.   So, if you look on the next page, the GFT is

17   filed on November 28th, 2011.  How long does it take for

18   HR to say you can hold the position or you don't have to

19   hold the position?  How long is that process?

20      A.   There's no time limit.

21      Q.   So, until HR says you don't have to hold it, then

22   you have to hold it, correct?

23      A.   Correct.

24      Q.   So, the next bulleted -- or, the next underlined

25   part says "ZSYA Ops Manager Position," and that's posted

1                MR. DOUGLAS:  You have to give a verbal response.

2                THE WITNESS:  Yes.  Thank you.

3        Q.  BY MR. GRIFFIN:  So, how -- explain to me how a

4    PFTE is set.

5        A.  A PFTE is set by the engineering team looking at

6    performance and looking at other matrixes and they'll come

7    up with a goal for each station.

8        Q.  So, an engineering team, that's not within each

9    station, there's just an engineering team within the

10    Canyon District?

11        A.  There's an engineer assigned to each location and

12    then there's an engineering manager.

13        Q.  So, the engineering manager is not at each

14    location?

15        A.  No.

16        Q.  How many engineering managers are there in

17    Arizona?

18        A.  I have one.

19        Q.  Okay.  What's that person's name?

20        A.  John Alfonso.

21        Q.  So, does John Alfonso create these goals or do

22    the engineers create those goals and then send those goals

23    to him?

24        A.  I don't know.  You'd have to -- you'd have to ask

25    him.

1    Q.  Okay.  Do you review the goals before they're --
2    let me ask a different question.
3         Are these goals then sent to each station?
4    A.    You'd have to ask John about how it's
5    communicated to them exactly.
6    Q.    But at some point -- you were an operations
7    manager at one point, right?
8    A.    Yes.
9    Q.    And you were a senior manager at one point?
10   A.    Yes.
11   Q.    Did you ever get GFTE goals?
12   A.    I don't know what a GFTE goal is.
13   Q.    I'm sorry.  PFTE goal.
14   A.    Yes.
15   Q.    How did you receive those?
16   A.    If I was an ops manager, I would get that from my
17   senior manager.
18   Q.    And when you were a senior manager, who would you
19   get them from?
20   A.    I would get that from my engineer.
21   Q.    Okay.  So, at some point each station in the
22   Canyon District each month is going to get PFTE goals?
23   A.    Yes.
24   Q.    As the managing director, do you review the goals
25   before they're sent to the station?

1      A.    No.   I go with whatever engineering comes up

2   with.   I use my resources.

3      Q.    So, engineering creates them, but do you have to

4   check off on them?

5      A.    No.

6      Q.    Do you have any input in setting the productivity

7   for the operations managers?

8      A.    I just listen to what each senior manager has to

9   say on a call, we have a monthly call.

10      Q.    So, explain to me who is on these monthly calls.

11      A.    The senior managers and engineers.

12      Q.    And the PFTE goals are addressed?

13      A.    The budget is addressed.   The budget is the PFTE

14   goal.

15      Q.    And do you have to sign off on the budget?

16      A.    I don't sign off on anything.

17      Q.    Do you have to approve it?

18      A.    I don't approve it, no.

19      Q.    You have no input in it at all?

20      A.    I don't approve the budgets.

21      Q.    That's not my question.   Do you have any input in

22   the budget at all?

23      A.    I could if I wanted to.

24      Q.    Do you think it would be accurate to say that

25   monthly productivity rates or performance standards are

1    set by the engineer with the input of the senior manager

2    and approved by the managing director?

3         A.    I agree with some of that.

4         Q.    What -- what of that do you disagree with?

5         A.    It's a product of the senior managers working

6    with the engineering, and then the goals get uploaded; I

7    don't have to approve or disapprove the goals.

8         Q.    So, you don't agree that you approve those goals?

9         A.    Correct.

10        Q.    Okay.  If you look at -- let's look first at

11   Exhibit 20.  Do you know if for the DVTA station, that

12   goal was subsequently changed?

13        A.    I have no idea.

14        Q.    Do you know on Exhibit 21 for the DVTA station,

15   was that goal subsequently changed?

16        A.    Changed?  I don't understand the question.

17        Q.    Was the -- was the goal and/or percentage

18   year-to-year ever revised from the first draft that was

19   sent out?

20        A.    I have no -- you have to ask engineering.  I see

21   Show Low went down year over year at 9.4 percent, which

22   was one of the Complainant 's locations, too.  So, I guess

23   you got to look at each location.  It seemed like this

24   goal become much, much easier.

25        Q.    When you say "this goal," which one are you

Miller Certified Reporting, LLC

1    A.    It's in here somewhere.  There we go.  Okay.

2    Q.    All right.  And go to page 409, please.

3    A.    409.

4    Q.    See Specific Allegation No. 5?

5    A.    Okay.

6    Q.    And the allegation is:  "Complainant alleges

7          Arzoumanian told Operations Manager Ralph

8          Valentine [sic] to write on a speeding ticket

9          that he did not recognize the driver."

10               And you deny that, correct?

11   A.    Absolutely.

12   Q.    After the investigation, the determination is

13   that that allegation is substantiated?

14   A.    After the full investigation, the conclusion was:

15         "There is no evidence to support a policy

16         violation has occurred."

17   Q.    On Investigative Finding No. 5, it states:  "This

18         allegation is substantiated"?

19   A.    That's what it says.

20   Q.    And then it says:  "According to Operations

21         Manager Ralph Valentine, he rented a car for

22         Arzoumanian to drive while visiting Prescott,

23         Arizona."

24               Is that accurate?

25   A.    I'd have to look, but I believe that was the

```
 1     senior manager selection event for the hiring of Mr.

 2     Gordon?

 3               MR. DOUGLAS:   Objection as to form.

 4               THE WITNESS:   Yeah, I'd have to look at my files.

 5     This didn't come from me, didn't go to me, I was not CC'd.

 6     And as a matter of fact, I don't know who Rafe, R-A-F-E,

 7     is, even though it has the same last name as I do.

 8          Q.   BY MR. GRIFFIN:   Did you follow a different

 9     procedure in the hiring process of Mr. Gordon and the

10     hiring process of Ms. Brower?

11          A.   I followed the guidelines with consulting with

12     HR; I followed the correct process.

13          Q.   My question is:   Did you follow a different

14     procedure with Mr. Gordon and with Ms. Brower?

15          A.   No.   It was still using the same process of

16     interviewing the senior manager first and hiring the best

17     person for the position.

18          Q.   With Mr. Gordon, did you use the standardized

19     questions?

20          A.   I'd have to look at what was used, but I believe

21     so.

22          Q.   How many people were involved in the interview of

23     Mr. Gordon?

24          A.   I'd have to -- I'd have to look to see who was

25     involved.
```

```
 1           A.    If they're -- I don't know the details of that.
 2     That would be a question for HCMP and HR.
 3           Q.    Are you -- the SCFA station, that's in your
 4     district, right?
 5           A.    That's correct.
 6           Q.    Are you aware that Paul tried to find -- in 2014,
 7     tried to obtain a courier position at the SCFA station?
 8           A.    That I am not aware.
 9           Q.    That's the first time you're learning about that
10     today?
11           A.    As far as I know, I don't know any information on
12     that.
13           Q.    Do you know if in January or February of 2014,
14     there were any open courier positions at SCFA station?
15           A.    I don't know.  We have -- we have total 2,100
16     employees.  I don't even keep track of the manager
17     openings to keep track of the hourly employee openings.
18           Q.    You mentioned 2,100 employees.  How many of those
19     are in the Phoenix area, do you know?
20           A.    About 750 is a guess.
21           Q.    I want to go back to Ms. Brower's position.  Did
22     you ever talk to Ms. -- did you ever discuss hiring for
23     Ms. Brower for her position with Howard Morgan before you
24     interviewed Ms. Brower?
25           A.    I believe I made a phone call.
```

Miller Certified Reporting, LLC

1    Q.    What -- what did you discuss?

2    A.    I asked if, you know, if she was a good

3    performer, if he would recommend her. And his feedback

4    was that she's a very good operator, great senior manager.

5    And this is very typical of directors to call other

6    directors, you know, to understand who's putting in for

7    the position. So, she was very, very highly recommended.

8    Q.    Are you aware that in 2014, Paul was willing to

9    take any position in the Phoenix area just to move back to

10   the Phoenix area?

11   A.    I don't --

12          MR. DOUGLAS:  Objection as to form.

13          THE WITNESS:  I don't know that.

14   Q.    BY MR. GRIFFIN:  Are you aware that as far back

15   as 2012, FedEx was looking for positions in the Phoenix

16   area to place Paul in?

17          MR. DOUGLAS:  Objection as to form.

18          THE WITNESS:  I -- I don't know that.

19          (Plaintiff's Exhibits 24 and 25 were marked for

20   identification.)

21          (Witness reviews Exhibit 24.)

22

23          THE WITNESS:  Okay.

24   Q.    BY MR. GRIFFIN:  Did you look at 24 and 25?

25   A.    Oh.  No.

Miller Certified Reporting, LLC