# Attachment 2

1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PAUL JOHNSON,  )
      Plaintiff,  )
                      )
   vs.  )  No. CIV 14-02428 PHX DGC
                      )
FEDERAL EXPRESS CORPORATION,  )
      Defendant.  )
_____)

DEPOSITION OF RAFFI ARZOUMANIAN

Phoenix, Arizona
September 2, 2015
9:11 a.m.

*Miller Certified Reporting, LLC*
*Post Office Box 513*
*Litchfield Park, Arizona 85340*
*(P) 623-975-7472  (F) 623-975-7462*
*www.MillerCertifiedReporting.com*

(Copy)

Angela F. Miller, RPR, CR
Certified Reporter (AZ 50127)

```
 1              DEPOSITION OF RAFFI ARZOUMANIAN, a witness
 2     herein, was taken upon oral examination by the parties
 3     through their respective attorneys before ANGELA FURNISS
 4     MILLER, a Certified Reporter in and for the County of
 5     Maricopa, State of Arizona, at Robaina & Kresin, PLLC, One
 6     East Camelback Road, Suite 710, Phoenix, Arizona, on the
 7     2nd day of September, 2015, commencing at the hour of 9:11
 8     a.m. of said day.
 9
10     COUNSEL APPEARING:
11             BY:  Mr. Thomas T. Griffin, Esq.
               ROBAINA & KRESIN, PLLC
12             One East Camelback Road, Suite 710
               Phoenix, Arizona   85012
13             Representing the Plaintiff

14             BY:  Mr. Frederick L. Douglas, Esq.
               BY:  Ms. Ashley Satterfield Patterson, Esq.
15             FEDERAL EXPRESS LEGAL DEPARTMENT
               3620 Hacks Cross Road, Building B, 3rd Floor
16             Memphis, Tennessee   38125
               Representing the Defendant
17

18     ALSO PRESENT:
19             Mr. Paul Johnson, Plaintiff
20
21
22
23
24
25
```

1  A.   I don't know.
2  Q.   So, when -- when Paul loses that position, what
3  happens?  How does he land in another position or how does
4  his employment with FedEx continue?
5       MR. DOUGLAS:  Objection as to form.
6       THE WITNESS:  He chose to put in for an open
7  senior manager position.
8  Q.   BY MR. GRIFFIN:  What if he -- I mean, does he
9  get to choose what position he wants to go to; does FedEx
10 put him in a position; is there any way he can choose his
11 job?
12      MR. DOUGLAS:  Objection as to form.
13      THE WITNESS:  He gets to choose which -- what
14 positions he puts in for and he chose Las Vegas.
15 Q.   BY MR. GRIFFIN:  So, he can choose what position
16 he puts in for but he still has to go through the
17 interview process?
18 A.   I'm not sure.  I don't think there was an
19 interview, but I'm not sure, I'd have to look.
20 Q.   Do you know if he has to land in another position
21 within a certain amount of time without losing his
22 employment?
23 A.   I'm not sure.
24 Q.   You don't know if he has to do it within 90 days?
25 A.   I don't remember that.

1    A.   There was an open position and Paul decided to
2    sign and accept the offer letter.
3    Q.   Okay.  So, there's an open position, and what
4    process does Paul go through to let FedEx know he's
5    interested in that position?
6    A.   He signs the offer letter.
7    Q.   But how does he get the offer letter?
8    A.   It gets drafted.
9    Q.   By who?
10   A.   Well, in this case I'd have to look, it's either
11   going to be Legal or my -- or myself.
12   Q.   So, you weren't involved in placing Paul in the
13   senior manager position?
14   A.   Paul was involved in placing him at LAS.
15   Q.   You were not is my question.
16   A.   No, it was his decision.
17   Q.   Did you talk -- who is Kevin McHugh?
18   A.   He was a senior manager of the Scottsdale
19   location.
20   Q.   In 2009?
21   A.   Yes.
22   Q.   And who is Bill Bond?
23   A.   He's a senior manager of the ZSY station.
24   Q.   And you talked to Mr. McHugh and Mr. Bond and Mr.
25   Johnson about potentially going to be the senior manager