| Defendant's Witness | Name |
|---|---|
| 1 | Alfonso, John     S/E 9-14-16 |
| | |
| 2 | Arzoumanian, Raffi     S/E 9-15-16 |
| | |
| 3 | Blaney, Tim |
| | |
| 4 | Bond, Bill     S/E 9-14-16 |
| | |
| 5 | Brewster, Nathan |
| | |
| 6 | Brower, Robin     S/E 9-14-16    9-15-16 |
| | |
| 7 | Burton, Chris     S/E 9-15-16 |
| | |
| 8 | Carkeet, Steve     S/E 9-14-16 |
| | |
| 9 | Carter, Connie |
| | |
| 10 | Chamberlain, Bruce |
| | |

FILED ___ LODGED
RECEIVED ___ COPY

SEP 1 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| Defendant's Witness | Name |
|---|---|
| 11 | Corbin, Glen  9-15-16  S/E |
| | |
| 12 | Corcoran, Thomas |
| | |
| 13 | Corodimas, Laura  S/E  9-15-16 |
| | |
| 14 | Corrales, Jose |
| | |
| 15 | Davis, Gail |
| | |
| 16 | Embleton, Shay  S/E  9-15-16 |
| | |
| 17 | Falshaw, Bill |
| | |
| 18 | Ferrey, Paul  S/E  9-14-16 |
| | |
| 19 | Fitzpatrick, John  S/E  9-15-16 |
| | |
| 20 | Gordon, Randy  S/E  9-15-16 |
| | |

| Defendant's Witness | Name |
|---|---|
| 21 | Harthun-Goard, Nancy   S/E 9-15-16 |
| | |
| 22 | Lewis, Art |
| | |
| 23 | Malebranche, Nanette   S/E 9-14-16 |
| | |
| 24 | McDermott, Michael   S/E 9-15-16 |
| | |
| 25 | Phillips, Dionne |
| | |
| 26 | Pietrzak, Linda   S/E 9-14-16 |
| | |
| 27 | Ramos, Jennifer |
| | |
| 28 | Rattner, Malcolm |
| | |
| 29 | Smith, Kenny |
| | |
| 30 | Speroff, Robert |
| | |

| Defendant's Witness | Name |
|---|---|
| 31 | Sweeny, Ed |
| | |
| 32 | Tallman, Jeffrey   S/E 9-14-16 |
| | |
| 33 | Taylor, Luke |
| | |
| 34 | Twyman, Donaldson   S/E 9-14-16 |
| | |
| 35 | Valdivia, Carlos   S/E 9-15-16 |
| | |
| 36 | Walker, Jeff   S/E 9-14-16 |
| | |
| 37 | Washington, Carla |
| | |
| 38 | Woodburn, Thomas |
| 39 | Dan Mirabito |
| | |
| | |
| | |
| | |

| Defendant's Witness | Name |
|---------------------|------|
|                     |      |
|                     |      |
|                     |      |
|                     |      |
|                     |      |
|                     |      |
|                     |      |
|                     |      |
|                     |      |
|                     |      |
|                     |      |

1182707