RECEIVED  LODGED
___ COPY
SEP 1 6 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 100<br>Admitted<br>9-12-16 | 12/30/96 Counseling to Plaintiff from Mike DiMaria re: email using "stronger language than was necessary." (Johnson P. Station File 210) |
| 101<br>Admitted<br>9-12-16 | 10/15/98 Counseling to Plaintiff from Mike DiMaria re: "unprofessional conduct." (Johnson P. Station File 211) |
| 102<br>Admitted<br>9-14-16 | 12/20/00 Warning letter from Tim Kelly to Plaintiff for leadership failure in the way he conducted himself in front of hourly employees. (Johnson P. Station File 217) |
| 103 | 10/20/03 Memo from Tim Kelly to Plaintiff re: ZSY Station Sr. Mgr. position. "The successful candidate for the position is Bill Bond." (Johnson P. Station File 144) |
| 104<br>Admitted<br>9-14-16 | 5/6/04 VP Tom O'Hearn removed Plaintiff's demotion as a result of EEO investigation. (Johnson P. Station File 117-118) |
| 105<br>Admitted<br>9-14-16 | 5/14/04 Memo from Debbie Huffman to HRIS stating as a result of an EEO investigation, Plaintiff will be returning to his previously held Sr. Mgr. position resuming duties at the DGL Station. William Bond who has responsibility for both DGL and ZSY will remain at ZSY. (Johnson P. Station File 116) |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 106 | 5/25/04 Plaintiff reinstated as Sr. Mgr. reporting to Chris Salvage, signed by MD Charles Arena. (Johnson P. Station File 113) |
|  |  |
| 107 | 3/30/05 Memo from Charles Arena to Plaintiff re: expectations regarding recent "unacceptable" audit rating. (Johnson P. Station File 218) |
|  |  |
| 108 Admitted 9-14-16 | 6/12/06 Plaintiff signs receipt for employee handbook. (Johnson P. Station File 111) |
|  |  |
| 109 | 7/10/08 Plaintiff's email to Buck Miller complaining of 3.3 performance ranking. (Johnson 2009 IEEO 160-161) |
|  |  |
| 110 | 7/25/08 Buck Miller's response to Plaintiff's review upholding the rating. (Johnson 2009 IEEO 162) |
|  |  |
| 111 | 8/7/08 Plaintiff's email to Buck Miller that "after much anguish and two weeks of sleepless nights . . . decided to sign my performance review as written." (Johnson 2009 IEEO 165) |
|  |  |
| 112 Admitted 9-13-16 | 9/17/08 Counseling from Dominic Rocchi to Plaintiff re: failure to achieve FTE plan. (Johnson P. Station File 225) |
|  |  |

2

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 113<br>Admitted<br>9-12-16 | 1/26/09 Memo from Raffi Arzoumanian to Paul Johnson re: Documented Counseling - January MTD FTE, PFTE, and SPH Performance. (Johnson, P. Station File 229) |
| | |
| 114<br>Admitted<br>9-13-16 | 2/24/09 emails between Plaintiff and Glenn Corbin (Johnson 2009 IEEO 169-170) |
| | |
| 115<br>Admit<br>9-14-16 | 2/27/09 Memo from Bill Logue to All U.S. Operations and AGFS Management re: Re-balancing Operations Manager Spans of Control (Johnson 2009 IEEO 91-93) |
| | |
| 116<br>Admit<br>9-14-16 | 3/5/09 Print date of 4-75 Staffing Effectiveness Policy. (Johnson 2009 IEEO 190-195) |
| | |
| 117<br>Admit<br>9-14-16 | 3/26/09 Memo from VP Glen Corbin to Plaintiff announcing closure of DGLA (cc: Raffi, Valdivia, D. Reed-Garcia, C. Washington). (Johnson 2012 GFTP 305) |
| | |
| 118<br>Admit 9-14-16 | Canyon District Map |
| | |
| 119<br>Admit<br>9-14-16 | 3/31/09 Email from Nan Malebranche to Linda Grady re: Facility Consolidation Process. (Johnson 2009 IEEO 96-97) |
| | |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 120<br>Admit<br>9-14-16 | 4/17/09 Letter from Human Resources to Paul Johnson to confirm offer for the position of Sr Mgr Sta Ops/AAA/ML located at LASA reporting to Raffi Arzoumanian. Paul Johnson signed letter to accept position. (Johnson, P. Station File 109) |
|  |  |
| 121<br>Admit 9-14-16 | Western Region Map |
|  |  |
| 122<br>Admit<br>9-14-16 | 5/1/09 Memo from R. Arzoumanian to Glen Corbin regarding relocation request for Plaintiff. Plaintiff affected by DGLA closing and offered position at LASA effective June 1, 2009. (Johnson P. Station File 107) |
|  |  |
| 123<br>Admit<br>9-14-16 | 6/16/09 Memo from MD N. Malebranche to Brian Dunham re: Plaintiff's IEEO complaint and finding no discrimination. The only recommendation was to discuss current process for closing a station. (Johnson 2009 IEEO 1-11) |
|  |  |
| 124<br>Admit<br>9-14-16 | 7/8/09 Letter from Gail Davis to Plaintiff (cc: Dr. Arzoumanian) regarding his medical leave of absence, terms and conditions, and unlimited JCAs. (HCMP Files - 00329-331) |
|  |  |
| 125<br>Admitted<br>9-13-16 | 8/5/09 Letter from D. F. Maussa to Plaintiff re: Internal EEO and "investigation did not reveal any policy violations." (Johnson XEEO File) |
|  |  |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 126<br>Admit<br>9-14-16 | 10/20/09 Memo from Gail Davis to Plaintiff stating been on medical leave for in excess of 90 days and release to work handled by medical leave of absence policy. (Johnson P. Station File 110) |
|  |  |
| 127<br>Admit<br>9-14-16 | 1/20/10 email from Gail Davis to Dr. Arzoumanian and Linda Pietrzak re: Sr. Manager position in Ocala, FL. (HCMP Files - 00386) |
|  |  |
| 128<br>Admit<br>9-14-16 | 1/25/10 Job offer from Gail Davis to Plaintiff re: in accordance with medical leave policy Mgr. position in Addison, Texas reporting to Tallman with compensation of $7,453 per month (cc: Raffi, Tallman, Pietrzak). (HCMP Files - 00348) |
|  |  |
| 129<br>Admit<br>9-14-16 | 1/25/10 Letter from Gail Davis to Paul Johnson re: Job offer of full time, Manager Station OPS/CDL position at the ADSA in Addison, TX at rate of $7453.00/mos. (HCMP Files - 00417) |
|  |  |
| 130<br>Admit<br>9-14-16 | 1/26/10 Paul Johnson signature page accepting Job offer of full time, Manager Station OPS/CDL position at the ADSA in Addison, TX at rate of $7453.00/mos. (HCMP Files - 00418) |
|  |  |
| 131<br>Admit<br>9-14-16 | 1/29/10 Counseling from Jeffrey Tallman to Plaintiff re: Monday Service Travel at ADSA. (Johnson P. Station File 236) |
|  |  |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 132 *Admit* 9-14-16 | 2/15/10 Letter from Gail Davis to Paul Johnson re: Job Offer. Johnson is offered a full time, Manager Station OPS/CDL position at the ADSA in Addison, TX at rate of $7095.00/mos. (HCMP Files - 00412) |
|  |  |
| 133 *Admitted* 9-13-16 | 7/27/10 Counseling from Jeffrey Tallman to Plaintiff re: AM performance and service. (Johnson P. Station File 238-240) |
|  |  |
| 134 *Admit* 9-14-16 | 9/2/10 Memo from Jennifer Ramos re: Accommodation Request and recommendation of approval of hardship transfer request. (Johnson, P. Station File 242) |
|  |  |
| 135 *Admitted* 9-13-16 | 9/28/10 Offer letter from Jose Corrales to Plaintiff, cc: Carla Washington, for Operations Manager position at FLGA/DVTA stations. (Johnson, P. Station File 104) |
|  |  |
| 136 *Admitted* 9-13-16 | 1/12/11 Memo from Raffi Arzoumanian and Todd Johnson to Paul Johnson re: BZ - Circle of Excellence Award for November 2010. (Johnson, P. Station File 331) |
|  |  |
| 137 *Admitted* 9-14-16 | 3/29/11 Email from Ray Murphy to Robert Speroff and Thomas Lopez re: SMSS changes. (Johnson 2012 GFTP 331) |
|  |  |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 138<br>Admit<br>9-14-16 | 6/10/11 Memo from Raffi Arzoumanian to Michael McDermott re: SCFA Senior Manager Position. The successful candidate is Larry Bigger. (McDermott, M. - SF 334) |
|  |  |
| 139<br>Admit<br>9-15-16 | 10/31/11 Rejection letter from Ed Sweeney to Michael McDermott for Ops. Mgr. position at Phoenix. Successful candidate is Karl Miflin. (McDermott, M. - SF 301) |
|  |  |
| 140<br>Admitted<br>9-13-16 | 11/9/11 HCMP Action Form prepared by Gail Davis and Carla Washington. (C. Burton 00009-000012) |
|  |  |
| 141<br>Admit<br>9-14-16 | 11/11/11 Email from Carlos Valdivia to Laurie Watson and Gail Davis, cc: Carla Washington, Chris Burton re: Accommodation. (C. Burton 000001) |
|  |  |
| 142<br>Admit<br>9-14-16 | 11/21/11 Memo from Raffi Arzoumanian to Robin Brower re: Offer Letter - ZSYA/YUMA Senior Manager Position, cc: Howard Morgan and Carla Washington. (Bower JCA/ZSYAZ Sr. Mgr. Offer 1) |
|  |  |
| 143<br>Admitted<br>9-13-16 | 11/22/11 Sr. Manager Rejection Letters Issued by Dr. Arzoumanian for position obtained by Brower. (ZSYA/Sr. Mgr. Reject Ltrs. 2-12) |
|  |  |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 144 | 11/24/11 Letter from Richard Anlauf re: Michael McDermott need for emergency transfer b/c of mother's dementia. (McDermott Hardship Transfer 4) |
|  |  |
| 145 | 11/28/11 MD Steve Carkeet upheld the ZSYA Sr. Mgr. promotion decision. (Johnson 2012 GFTP 3, 5) |
|  |  |
| 146 | 11/28/11 Memo from Jennifer Ramos to Plaintiff (cc: Gail Davis) re: denial of request for a personal emergency transfer because one was granted the prior year. (Johnson 2012 GFTP 18) |
|  |  |
| 147 Admitted 9-12-16 | 12/8/11 Carlos Valdivia and Glen Corbin approves of Michael McDermott's hardship transfer. (McDermott Hardship Transfer 1) |
|  |  |
| 148 | 12/14/11 Email from Debbie Huffman to Albert Shenouda and Mike St. Martin (cc: Carla Washington) re: approval of hardship for Michael McDermott. (McDermott Hardship Transfer 5) |
|  |  |
| 149 | 1/4/12 Memo from Robin Brower to Michael McDermott confirming offer to him for Grade Level 26 ZSYAA Operations Manager position, (cc: Arzoumanian, Carla Washington, Bryan Scherer) (McDermott, M. - SF 62) |
|  |  |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 150 | 1/11/12 Memo from Robin Brower to Paul Johnson re: ZSYA Operations Manager Position. (Johnson P. Station File 333) |
| | |
| 151 | 2/22/12 Letter from MD Jeffrey Walker to Plaintiff stating investigation into IEEO "did not reveal any policy violations." (J. Walker 000002) |
| | |
| 152, Admitted 9-13-16 | 2/27/12 emails between Plaintiff and Gail Davis re: response from Jennifer Ramos on Plaintiff's leave request and approval of additional 90-day period to submit JCAs. (HCMP Files - 00616) |
| | |
| 153 | 2/28/12 Memo from Jennifer Ramos to Plaintiff approving an additional 90 day accommodation request. (Johnson 2012 GFTP 17) |
| | |
| 154 Admitted 9-13-16 | 3/1/12 Letter from Raffi Arzoumanian to Paul Johnson re: the management rationale provided to Steven Carkeet regarding your selection. (Johnson 2012 GFTP 14) |
| | |
| 155 | 6/13/12 Email from Nancy Harthun-Goard to Lana Luster forwarding email from Robert Speroff to APR, ARPM re: Senior Manager Selection System. (Johnson 2012 GFTP 336-337) |
| | |
| 156 Admitted 9-13-16 | 6/26/12 Letter from Ricky Brock to Paul Johnson upholding the selection process for the Senior Manager Position. (Johnson 2012 GFTP 26-27) |
| | |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 157<br>Admitted<br>9-12-16 | 8/17/12 Memo from Raffi Arzoumanian to Paul Johnson re: BZ-LeadON Support. (Johnson, P. Station File 355) |
|  |  |
| 158 | 3/8/13 Memo from Raffi Arzoumanian to Randy Gordon re: MSCA Senior Manager Position. (Gordon JCA/MSCA Sr. Mgr. 1) |
|  |  |
| 159 | 3/14/13 Memo from Raffi Arzoumanian to Randy Gordon re: Offer Letter - MSCA Senior Manager Position. (Gordon JCA/MSCA Sr. Mgr. 2) |
|  |  |
| 160<br>Admitted<br>9-13-16 | 3/18/13 Sr. Manager Rejection Letters by Dr. Arzoumanian for position obtained by Gordon. (MSCA Sr. Mgr. Reject Ltrs. 1-3) |
|  |  |
| 161 | 4/12/13 email from Carla Washington to Carlos Valdivia re: applicants for MSCA position, stating that 3 existing ops managers applied for the MSCA senior position. (Johnson 2013 IEEO 64) |
|  |  |
| 162 | 6/24/13 Letter from Paul Ferrey to Angela Onodera With Offer for position of Manager, Ramp Operations at the Phoenix Airport. (Onodera Offer Letter 1) |
|  |  |
| 163 | 7/24/13 Letter from Gail Davis to Plaintiff (cc: Jose Corrales) regarding his medical leave of absence, terms and conditions, and unlimited JCAs. (HCMP Files - 00248-250) |
|  |  |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 164 *Admitted 9-13-16* | 1/15/14 Offer Letter from Gail Davis to Plaintiff (cc: Jose Corrales, Carla Washington) for full-time Manager Station Operations at the FLG in Flagstaff, AZ. (HCMP Files - 00147) |
|  |  |
| 165 | 4/9/14 Memo from Glen Corbin to Marie Harper re: IEEO Report ("FLGA"), concluding no policy violations. (Johnson 2014 IEEO 1) |
|  |  |
| 166 | 8/1/14 Memo from Matthew Thornton announcing effective 8/1/14 FedEx will eliminate a number of CEN and Dispatch Sr. positions through staffing effectiveness procedures and current CEN operations managers will move into station management positions within their districts. (Harthun-Goard CEN Reorg 1) |
|  |  |
| 167 *Admitted 9-13-16* | Plaintiff's retirement papers (Bates Johnson, Paul - Pension 1-2) |
|  |  |
| 168 | Gail Davis chronology of events pertaining to Plaintiff (Johnson 2012 GFTP 20-21) |
|  |  |
| 169 | SMSS Q&A (Johnson 2012 GFTP 377-378) |
|  |  |
| 170 | SMSS User Manual Changes, Step 4: Choose Candidates (SMSS User Manual Changes 1 and 3) |
|  |  |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 171 | FedEx Express Policy Change Summary Management Selection/AiM/SMSS (SMSS Policy Change Summary 1) |
| 172<br>Admitted<br>9-15-16 | Carlos Valdivia emails re: SMSS Policy with various emails to/from Ray Murphy, Laura Corodimas, and Nancy Harthun-Goard dated March 28, 2012 and June 3, 2011. (Valdevia - SMSS 000052-53) |
| 173<br>Adml 9-15-16 | People Manual 4-85 Personal Emergency Policy (C. Burton 000027-31) |
| 174 | Emails regarding Scottsdale courier positions. (Bates Carla Washington, HR Docs. 673-675, Bates nos. HCMP Files - 00112-118, 121, 183) |
| 175 | Plaintiff's PRISM LOA History Screens (Johnson, P. - PRISM 13-14) |
| 176<br>Admitted<br>9-13-16 | Paul Johnson On-Line Compliments and Counseling (OLCC) (Johnson, P. - OLCC 1-9) |
| 177<br>Admitted<br>9-14-16 | OLCCs issued to Raffi Arzoumanian |
| 178 | Robin Brower Application Materials for the ZSY/YUM Sr. Manager Position. (Brower JCA/ZSYA Sr. Mgr. Offer 5-41) |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 179 | Randy Gordon Application Materials for the MSCA Sr. Manager Position. (Gordon JCA/MSCA Sr. Mgr. 1-96) |
|  |  |
| 180 | Angela Onodera Application Materials for the Manager Ramp Operations Position submitted to Sr. Manager Edwin L. Sweeny. (Onodera PHXR JCA 1-73) |
|  |  |
| 181 | CEN Dissolution and Dispatch Reorganization and Staffing Effectiveness Process prepared by Nancy Harthun-Goard and Steve Carkeet with documents specifically pertaining to Malcolm Rattner. (Harthun-Goard CEN Reorg 1-19, 36-37, 56-58) |
|  |  |
| 182 admit 9-14-16 | Station Closing Costs Savings for DGLA (DGLA Closure 18) prepared by John Alfonso. |
|  |  |
| 183 | PRISM Employment History (Emphist) Screens and Disciplinary Letters for Pat Helm, Lee Burke, Colene Garcia, Sue Apostoli, Bruce Chamberlain and Michael DiMaria. |
|  |  |
| 184 Admitted 9-12-16 | *Fed. R. Evid.* 1006 Summary of 12 Open Operations Manager Positions From 8/28/2009 through 11/8/2013. |
|  |  |
| 185 Admitted 9-12-16 | *Fed. R. Evid.* 1006 Summary Chart: Written Disciplines Issued by Dr. Raffi Arzoumanian to Sr. Managers. |
|  |  |

| Defendant's Exhibit Numbers | Exhibit Description (Bates nos.) |
|---|---|
| 186 Admitted 9-12-16 | *Fed. R. Evid.* 1006 Summary Chart: Courier Position Postings in Scottsdale, Arizona. |
| | |
| 187 | *Fed. R. Evid.* 1006 Summary Chart: Written Counselings, OLCCs and Expectations Issued by Dr. Arzoumanian to Sr. Managers. |
| | |
| 188 Admitted 9-12-16 | *Fed. R. Evid.* 1006 Summary Chart: Multiple Counselings Issued by Dr. Arzoumanian in short period of time. |
| | |
| 189 | *Fed. R. Evid.* 1006 Chronology and Summary of Plaintiff's Leave of Absence History and Interactions with FedEx's Human Capital Management Officials. |
| | |
| 190 Admitted 9-13-16 | FedEx People Manual Policy 2-5 Unacceptable Conduct. |
| | |
| 191 admit 9-14-16 | FedEx People Manual Policy 4-55 Equal Employment Opportunity. |
| | |
| 192 admit 9-14-16 | FedEx People Manual Policy 5-5 Guaranteed Fair Treatment Procedure/Internal EEO Compliance Process. |
| | |
| 193 Admitted 9-13-16 | FedEx People Manual Policy 2-50 Performance Improvement. |

1182424